RECEIVED

JUL 1 3 2020

U.S. District Court
Eastern District of MO

# U.S. District Court
## Central District
80 Lafayette St.
Jefferson City, Mo 65101                05/25/2020

| | | |
|---|---|---|
| **Eric Nicholson u/a** | ) | **Missouri Department of Social Service** |
| **ERIC NICHOLSON in pro per** | ) | **Family support Division/ Title 1V-D** |
| 1233 Belt ave | ) | Respondent |
| St. Louis, Missouri 63121 | ) | Notice of Rebutt/ Notice of Petition |
| **Claimant/ Petitioner** | ) | ordering Respondent to cease and desist |
| | ) | seizing private property without a |
| cases **# 91653807 / # 01365844** | ) | contract, Support Order, Demand Judicial |
| #51433449 | | Review. Fraud / Swindles documents |

4th Amendment take judicial Notice of
adjudicate enforceable in State court.
***Howlett v Eose 496. USC 356 Supreme Court 1990***

come now **Eric Nicholson u/a ERIC NICHOLSON**, your demand being competent to testify and being over the age of 21 year old, often first being duly worn according to law to tell the truth to the facts related herein states that he has first hand knowledge of the facts stated here in and believe these facts to be true to the best of his knowledge as a natural man.

1. that this man Eric Nicholson the creditor, is one of the people of these United States of America being a creation of God Yashuah and born/ domiciled in one of the several states.
2. This man Eric Nicholson is a living breathing sentiment being on the land, and natural person and therefore is not and can not be any artificial **PERSON,** and there is exempt from any and all identification treatment and requirement as such pursuant to any process, law, code, or statues, or any color thereof.
Raise a Question : How?

Does a separate entity, a private corporation, a collection agency, a foreign Agent, a non- government entity, a government funded **TITLE 1V-D**, have the rights over a Man property without his consent?
   The federal regulation also contain additional requirement related to the expedited process, Processing conducted pursuant to either the expedited judicial or expedited administrative process must presided over by an individual who is not a judge of the court..
   . [Case **# 1022-FC02492**] "No Authority" **Title 1V-D** is not positive law.
3.
### US Supreme Court says......

**Title 1V-D** was not intended to benefit individual children and custodial parents and therefore it does not constitute a federal right. For from creating an individual entitlement to service the standard is simply a yard stick for the Secretary to measurement the system to wide performance of the State's **Title 1V-D program. Thus the Secretary must look to the aggregate services provided by the State not whether the need of any particular person have been satisfied.... As such it does not give rise to individual rights. Source Blessing v Freestone 520 USC 329(1197).**

### Case Law

[I]t cannot be doubled that due process cause of the Fourteenth Amendment protects the fundamental right of parents to make decisions concerning the care, custody of their children. " **Troxel v Granville 530 US 2000, or 120 S, Ct 2054 or also 147 L ED 2d 4**                **Page 1-3**

## Notice of Rebutt

**42 USC §666 (a)(13)** requires the **42 USC §666 (a)(13)(c)** notice of non-custodial parent's social security account number pursuant to **20 CFR §422.103** is the property of the Social Security Administration that was assured to **ERIC NICHOLSON** in order to obtain benefits from certain US agency See Exhibit A SS 5 application PG 4.

The non- custodian parent is property identified by the SSN account number. Identity means sameness in the Law of evidence the fact that a ": subject" " person" or " thing" before the court is the same as it represented, claimed or charged to be., **Black Law Rev.4 Ed pg880.**

## Failure to Due Process

### 31 U.S. Code 3720 Garnishment

**(6)**
<u>If the individual has been reemployed within 12 months after having been involuntarily separated from employment, no amount may be deducted from the disposable pay of the individual until the individual has been reemployed continuously for at least 12 months.</u>

**Fraud and Swindles**              **See Attachment A**

Documents of payments received and pay-out are fraud recorded according to **18 USC 341** a felony crime. Which follows :

| | | | |
|---|---|---|---|
| 1. | Falsify records | 3. | Act under Color of law |
| 2. | Trespassing | 4. | Simulating process under of law |

### 45 CFR 32

§ 32.4    The Debt rights:
   To inspect /copy department record related to the debt.
   To enter into written repayment agreement
   To a hearing in accordance with §32.5 concerning debt schedule

§ 32.6    Withholding Order:
   secretary shall send by first class mail an SF-329A letter to Employee and Important Notice to Employer as SF 329-B" Wage Garnishment Order " and a SF 329-C Wage Garnishment Worksheet" and an SF 329D Employer Certification." to the debtor's employer within 30 Days.
   - Within 15 days business day debtor to make a timely request for a hearing .
      - If the timely request for a hearing is made by the debtor, within 30 days after a final decision is made than process with garnishment.

§ 32.8   Amount withheld:
   The amount set forth in 15 USC 1673 (A)(2) is amount by which debtor's disposable pay
   exceeds an amount equivalent to thirty times the minimums wage See 29 CFR 870. 10.

## Conclusion Facts / Respondent

Therefore let it be known that Eric Nicholson is not an obilgor or a non- custodial parent which the above facts prove is an " en legis " artificial person and as a " strawman "use as the " iden sonams" name of the obligor or debtor, which is listed on re presentment # 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), Let the record now reflect that Eric Nicholson is not appearing as the non-custodial parent/obligor and there is no debt, obligation(s) , arrears, contracts, agreements nor a verbal and there fore he will not dishonor his 32.8 heritage, or his Genesis 1;26, status as a man possessing inherent Right of equal, free and In dependent, Contrasdislinquished from the public Office.

A man **Eric Nicholson** Pursuant Missouri and United States Constitutions as well as 45 CFR §303.101(c)(4). Require a judicial review of facts and demand dismissal and discharge of all support orders crested in violation of 45 CFR 303.101 (a) (4). Due Process and equal protection of law were violated. I ask the court to demand a return of all monies in refund, copies of all 1099A, to balance my books.

I am **Eric Nicholson** a man , residing in State of Missouri, as not a " sovereign citizen nor a Consitutionist." nor part of my cult or internet movement for he is of sound mind and body and hereby declare his natural right and stands upon theses guaranteed in alienable rights to due process of law and equal protection of law under ( Oregon and United States Constitutions).
As a man **Eric Nicholnson** , Pursuant Missouri, and United State Constitutes as well there is in agreement with the Supreme Court ruling in **Haynes v U.S. , 390,U.S. 85, S Ct. 722**. Require a judicial review of facts and demands , dismissal and discharge of all support orders created in violation of Supreme Court ruling in **Haynes v U.S. , 390,U.S. 85, S Ct. 722,** due process and equal protection of law were violated.

### Exhibit B

**The intention of this demand to vacate pursuant Federal Rule 60 (b) (4) is to show support orders were made in violation of Due Process Rendering all support orders Void AB INITTO ( From the beginning ) requiring this court to Void Support Order Immediately...**

*Eric Nicholson* (signature)
**Eric Nicholson a/u ERIC NICHOLSON**
**A natural Man**

State of Missouri , City of St. Louis of _____ on this ____ day ___ 2019, I have presented his or her proof identification of driver license upon me known to be the living person, describe in and who executed the same WITHNESS my hand official seal in county and state of Missouri aforesaid this day and 2020...

_____
**Notary Public**

cc. **Attorney General**                                                                                                   Page 3 of 3

A notary public or other officer completing this certificate verified only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or Validity of that document

STATE of MISSOURI
County of St. Louis

On 27th May before me, Sheron Douglas, personally appear Eric Nicholson proved to me on the basis of satisfactory evidence to be the person who name is subscribed to within instrument and acknowledge to me that (they) executed the same in their authorized capacity and, that by (their) signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under laws of the State of Missouri that the foregoing paragraph is true and correct..

Witness by hand
Signature  Eric Nicholson

SHERON L. DOUGLAS
Notary Public, Notary Seal
State of Missouri
St. Louis County
Commission # 13693260
My Commission Expires 10-27-2021

Sheron Douglas